## PAGARE

VALOR: $1,700,000.00

**POR VALOR RECIBIDO, CARLOS ALVAREZ MENDEZ** ( el "Deudor"), por virtud de este documento reconocen adeudar y se obligan a pagar a favor de **EUROBANK**, una corporación bancaria organizada y existente bajo las leyes del Estado Libre Asociado (el "Banco"), o a su orden, en su domicilio, la suma de principal de **UN MILLON SETECIENTOS MIL DOLARES ($1,700,000.00)** en moneda legal de los Estados Unidos de América, o si menor, el balance de principal de todos los Adelantos hechos por el Banco al Deudor conforme al Contrato de Linea de Credito Rotativa al cual se hace referencia abajo, que están insolutos al momento de presentación de este Pagaré. El balance insoluto del principal devengará intereses diariamente al **UNO POR CIENTO (1%)** sobre la tasa de interés preferencial fluctuante ("Eurobank Prime Rate").

Los términos en este Pagaré que están definidos en el texto del Contrato de Linea de Credito Rotativa y no definidos en este Pagaré tendrán los respectivos significados que se indican en el Contrato de Linea de Credito Rotativa.

El balance insoluto de principal de los Adelantos será pagadero en su totalidad a LA PRESENTACION.

El suscribiente por virtud de este documento renuncia al derecho de presentación para pago, protesto, aviso de no pago y protesto, y consentimos en que el plazo para el pago de esta obligación o de sus intereses pueda ser extendido sin aviso de la prórroga, a opción del dueño o tenedor de este pagaré.

Este Pagaré ha sido expedido conforme a, y tiene derecho a los términos, condiciones, beneficios y garantías que se especifican por el Contrato de Linea de Credito Rotativa con fecha de ___28___ de ___marzo___ de 2008, entre el Deudor, el Garantizador y el Banco. El Contrato de Linea de Credito Rotativa, entre otras cosas, contiene cláusulas que gobiernan el pago opcional o mandatario del principal del Préstamo evidenciado por este Pagaré de acuerdo con los términos y condiciones que se establecen en el Contrato de Linea de Credito Rotativa.

El uso plural en esta obligación se entenderá singular cuando haya sido firmada por una sóla persona y cuando haya sido firmada por más de una persona, las obligaciones contraídas serán solidarias para todos los firmantes.

En San Juan, Puerto Rico, hoy ___28___ de marzo de 2008.

Por: _____
Nombre: **CARLOS ALVAREZ MENDEZ**

TESTIMONIO NUMERO_____26011_____

Reconocido y Suscrito ante mi por **CARLOS ALVAREZ MENDEZ**, mayor de edad, soltero, propietario y vecino de San Juan, Puerto Rico; a quien doy fe de conocer personalmente, en San Juan, Puerto Rico, hoy ___28___ de marzo de 2008.

_____
NOTARIO PUBLICO

Pay to the Order of Oriental Bank and Trust, without recourse and without representation or warranty, express, implied or by operation of law, of any kind or nature whatsoever. Federal Deposit Insurance Corporation as receiver for Eurobank
By: _____
Name: Sandra I. Colón Rodz.
Date: 8/13/2010

Pay to the Order of _____,
without recourse and without representation or warranty, express, implied or by operation of law, of any kind or nature whatsoever.
Oriental Bank and Trust
By: _____
Name: Sandra I. Colón Rodz.
Title: V.P. Operations
Date: 8/13/2010

Pay to the order of
**TRIANGLE CAYMAN ASSET COMPANY**
without recourse
Dated as of: October ___, 2015
Oriental Bank
By: _____
Name: Walter F. Alomar Jiménez
Title: Attorney-in-Fact

ALLONGE
AL
PAGARE POR $1,700,000.00

DEUDORES: CARLOS ALVAREZ MENDEZ

| Fecha | Adelantos préstamos | Interés | Balance Principal | Registrado Por: |
|---|---|---|---|---|
| | | | | |