

**CAPITAL CROSSING SERVICING COMPANY LLC**
112 Worcester St, Ste 201, Wellesley Hills, MA  02481

**ATTN:** Ileana Morales Gratacós

| | |
|---|---|
| NAME OF BORROWER: | **Carlos Alvarez Mendez** |
| ACCOUNT NUMBER: | **4350008 10081** |
| BRANCH: | **120** |
| **DATE REQUESTED / CALCULATED:** | 05/23/23 |
| **PAYOFF AS OF DATE:** | 05/31/23 |
| PRINCIPAL | 1,820,000.00 |
| INTEREST | 997,198.38 |
| LATE FEES | 49,127.14 |
| ESCROW BALANCE | 0.00 |
| OTHER FEES | 0.00 |
| PRE-PAYMENT FEE | 0.00 |
| LEGAL EXPENSES | 180,000.00 |
| FIELD INSPECTION EXPENSES | 156.00 |
| INSURANCE | 892.00 |
| VALUATION EXPENSES | 1,248.00 |
| **TOTAL PAYOFF:** | **$3,048,621.52** |
| **PER DIEM** | **$461.23** |

**The Payoff Amount may change due to account activity.  Please contact us for an update.**
**Activity that can change the payoff amount include rate changes, escrow activity, fee assessments, etc.**
**If the Payoff Funds received are insufficient to pay the loan in full, interest will continue to accrue.**
**Regular monthly payments coming due must be paid until we have received the necessary funds to pay the loan in full.  Late Charges will be assessed on each delinquent payment.**

| Check Payee: | **MAILING ADDRESS** | **WIRE INSTRUCTIONS** | |
|---|---|---|---|
| | Triangle Cayman Asset Company | Bank: | US Bank |
| | c/o Capital Crossing as Servicer | Addr: | Minneapolis, MN |
| | 221 Ponce De León, 12th Fl Ste 1204 | ABA No: | 091 000 022 |
| | San Juan, PR 00918 | | |
| Check Payee: | **OVERNIGHT PACKAGES** | Acct Name: | Triangle Cayman Asset Company |
| | Triangle Cayman Asset Company | | c/o Capital Crossing as Servicer |
| | c/o Capital Crossing as Servicer | Acct No: | 1047 9133 3024 |
| | 221 Ponce De León, 12th Fl Ste 1204 | RE: | **Carlos Alvarez Mendez** |
| | San Juan, PR 00918  **Please Include >** | | **4350008 10081** |

Please provide property address and book and page numbers for any discharges that you are requesting.
Please provide information for any UCC terminations that you are requesting.
Please provide instructions for mailing of overpayments, discharges, terminations and paid note.

Thank You

_____
Loan Servicing Department

Capital Crossing Servicing Company LLC
112 Worcester St, Ste 201
Wellesley Hills, MA  02481
phone  617.880.1000
fax  617.880.1010
www.capitalcrossing.com

191130



**CAPITAL CROSSING SERVICING COMPANY LLC**
112 Worcester St, Ste 201, Wellesley Hills, MA  02481

**ATTN:** Ileana Morales Gratacós

| | |
|---|---|
| NAME OF BORROWER: | **Carlos Alvarez Mendez** |
| ACCOUNT NUMBER: | **4350009 10091** |
| BRANCH: | **120** |
| **DATE REQUESTED / CALCULATED:** | 05/23/23 |
| **PAYOFF AS OF DATE:** | 05/31/23 |
| PRINCIPAL | 619,258.55 |
| INTEREST | 475,531.24 |
| LATE FEES | 23,665.19 |
| ESCROW BALANCE | 0.00 |
| OTHER FEES | 0.00 |
| PRE-PAYMENT FEE | 0.00 |
| LEGAL EXPENSES | 0.00 |
| DEFAULT INTEREST | 0.00 |
| INSURANCE | 342.00 |
| VALUATION EXPENSES | 0.00 |
| **TOTAL PAYOFF:** | **$1,118,796.98** |
| **PER DIEM** | **$123.00** |

**The Payoff Amount may change due to account activity.  Please contact us for an update.**
Activity that can change the payoff amount include rate changes, escrow activity, fee assessments, etc.
If the Payoff Funds received are insufficient to pay the loan in full, interest will continue to accrue.
Regular monthly payments coming due must be paid until we have received the necessary funds to pay the loan in full.  Late Charges will be assessed on each delinquent payment.

**Check Payee:**

| **MAILING ADDRESS** | **WIRE INSTRUCTIONS** | |
|---|---|---|
| Triangle Cayman Asset Company | Bank: | US Bank |
| c/o Capital Crossing as Servicer | Addr: | Minneapolis, MN |
| 221 Ponce De León, 12th Fl Ste 1204 | ABA No: | 091 000 022 |
|   San Juan, PR 00918 | | |

**Check Payee:**

| **OVERNIGHT PACKAGES** | | |
|---|---|---|
| Triangle Cayman Asset Company | Acct Name: | Triangle Cayman Asset Company |
| c/o Capital Crossing as Servicer | | c/o Capital Crossing as Servicer |
| 221 Ponce De León, 12th Fl Ste 1204 | Acct No: | 1047 9133 3024 |
|   San Juan, PR 00918    Please Include > | RE: | **Carlos Alvarez Mendez** |
| | | **4350009 10091** |

Please provide property address and book and page numbers for any discharges that you are requesting.
Please provide information for any UCC terminations that you are requesting.
Please provide instructions for mailing of overpayments, discharges, terminations and paid note.

Thank You

_____
Loan Servicing Department

Capital Crossing Servicing Company LLC
112 Worcester St, Ste 201
Wellesley Hills, MA  02481
phone 617.880.1000
fax  617.880.1010
www.capitalcrossing.com

191130