IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TRIANGLE CAYMAN ASSET COMPANY,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CARLOS ÁLVAREZ-MÉNDEZ, ET AL.**<br><br>  Defendants. | **CIVIL NO. 23-1335 (PAD)** |

### ORDER OF RECUSAL

The undersigned disqualifies himself from this case. The Clerk shall assign the case to another United States District Judge.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of June, 2023.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
